IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANNY EUGENE ETHERLY, | CV. 04-996-PA |
| Plaintiff, | ORDER |
| v. | |
| STATE OF OREGON, et al., | |
| Defendants. | |

PANNER, District Judge.

This action comes before the court on defendants' Motion to Stay Discovery (#61) and Motion for Extension of Time (#62). Defendants contemporaneously filed an Unenumerated 12B Motion to Dismiss (#64), and ask the court to stay discovery during the pendency of that Motion, and to set the pretrial dispositive motion deadline at 30 days the court's ruling on the Motion to Dismiss.

Defendants' Motion to Stay Discovery (#61) and Motion for Extension of Time (#62) are GRANTED. Discovery is STAYED, and pretrial dispositive motions shall not be due until 30 days after the court rules on defendants' Motion to Dismiss. Plaintiff's

1 - ORDER

response to the Motion to Dismiss is due May 9, 2005. Defendants' reply, if any, is due on May 23, 2005. The court will take the Motion to Dismiss under advisement on May 23, 2005.

Plaintiff shall have until May 9, 2005, within which to reply to defendants' Response to plaintiff's Motion for Preventive Injunction (#54). The court will take the Motion for Preventive Injunction under advisement on May 9, 2005.

IT IS SO ORDERED.

DATED this \_\_20\_\_ day of April, 2005.

_____
Owen M. Panner
United States District Judge