UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Case No.: CV 04-996-PA

Date of Proceeding: July 21, 2005

Case Title: Etherly v. Oregon, et al.

Presiding Judge: Owen M. Panner

Courtroom Deputy: Margaret Hunt

Reporter: None

Tape No: ____

**DOCKET ENTRY:**

Record of order:

Granting Plaintiff's Motion (# 70) to Voluntarily Dismiss the Claims Against Defendants Christopher Powell, Steve Shelton, and Shirley Hodge.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| | |
| | |
| | |

cc: { } All counsel

DOCUMENT NO: ____
CIVIL MINUTES

Civil Minutes

Honorable Owen M. Panner